JOHN A. LEE, SBN 229911
jlee@banishlaw.com
JENNIFER L. ISHIMOTO, SBN 211845
ishimoto@banishlaw.com
BANIE & ISHIMOTO LLP
1370 WILLOW ROAD, 2ND FLOOR
MENLO PARK, CA 94025
Telelphone: (650) 241-2774
Facsimile: (650) 241-2770

Attorneys for Plaintiff BIZXCHANGE, INC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIZXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIZX Group, <br><br> Defendant. | Case No. C-14-04942 <br><br> **Motion To Extend Joint Case Management Conference Statement and Proposed Case Management Order, and to Continue the Case Management Conference; [~~Proposed~~] Order** |

## Motion

The Court set Joint CMC statement to be due January 26, 20115, and set the Case Management Conference in this action for February 3, 2015, at 10:00 a.m.  Defendant is a foreign corporation in India.  Plaintiff has initiated foreign service in compliance with the Hague Convention, but service of Defendant has not occurred.  Plaintiff has been informed that service may not be complete until June 2015.  Upon completion of foreign service, Plaintiff will file a certificate of service.

-1-

Based on the foregoing, Plaintiff requests that the Court set the due date for the Joint CMC statement and CMC to June 29, 2015 and July 7 , 2015 at 10:00 a.m., respectively.

Dated: January 26, 2015

By: /s/ John A. Lee

**JOHN A. LEE**
BANIE & ISHIMOTO LLP
1370 WILLOW ROAD, 2ND FLOOR
MENLO PARK, CA 94025
Telelphone: (650) 241-2774
Facsimile: (650) 241-2770

**Attorney for Plaintiff BIZXCHANGE, INC**

### [~~PROPOSED~~] ORDER

Pursuant to Plaintiff's motion, the Court orders that the parties' Joint CMC Statement and Proposed Cased Management Conference Statement shall be due by June 29, 2015, and that the Case Management Conference shall be on July 7, 2015 at 10:00 a.m.

Dated: January 27, 2015

IT IS SO ORDERED

Judge Vince Chhabria

-2-